**STATE v. GOODE**

[348 N.C. 69 (1998)]

STATE OF NORTH CAROLINA v. GEORGE EARL GOODE, JR.

No. 10A94-2

(Filed 3 April 1998)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order entered 30 May 1997 by Stanback, J., in Superior Court, Johnston County, allowing defendant's motion for discovery under N.C.G.S. § 15A-1415(f). Heard in the Supreme Court 16 December 1997.

*Michael F. Easley, Attorney General, by Barry S. McNeill, Special Deputy Attorney General, and R. Kendrick Cleveland, Assistant Attorney General, for the State-appellant.*

*Diane M. B. Savage and Leslie Laufer for defendant-appellee.*

*Paul M. Green and Samuel L. Bridges on behalf of codefendant Eugene DeCastro, amicus curiae.*

PER CURIAM.

Pursuant to this Court's opinion in *State v. Bates*, 348 N.C. 29, 497 S.E.2d 276 (1998), the order of the trial court is affirmed.

AFFIRMED.